**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Gonzalez, | No. CV-24-00352-TUC-JR |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America, | |
| Defendant. | |

On July 30, 2024, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation ("R&R") in the above captioned matter pursuant to General Order 21-25. (Doc. 6.) Judge Rateau recommended this Court grant pro se Plaintiff Andy Gonzalez's Application for Leave to Proceed In Forma Pauperis (Doc. 2) and dismiss Plaintiff's Complaint with leave to amend (Doc. 1). (Doc. 6 at 4–5.) Judge Rateau notified Plaintiff that he had fourteen days to file written objections. (*Id.* at 5.) Plaintiff did not file any objection and the time to do so has now expired. On August 2, 2024, Plaintiff filed a Motion to Appoint Counsel. (Doc. 8.) The Court has reviewed the Motion to Appoint Counsel to determine if it contains objections to the R&R. It does not and, therefore, the Court will not construe it as a written objection.

If neither party objects to a Magistrate Judge's R&R, the District Court is not required to review the recommendation under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a Magistrate Judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at

the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the Complaint (Doc. 1), Application for Leave to Proceed In Forma Pauperis (Doc. 2), Judge Rateau's R&R (Doc. 6), and Plaintiff's Motion to Appoint Counsel (Doc. 8). The Court finds that Judge Rateau's conclusions are thorough and well-reasoned. Plaintiff qualifies for in forma pauperis status, but his conclusory allegations fail to state a claim upon which relief may be granted. The Court will, therefore, deny as moot Plaintiff's Motion to Appoint Counsel. Plaintiff may file an amended complaint remedying the deficiencies outlined in the R&R within thirty (30) days of the date of this Order.

Accordingly,

**IT IS ORDERED** that:

(1) Magistrate Judge Rateau's Report and Recommendation is **ADOPTED**. (Doc. 6.)

(2) Plaintiff's Application for Leave to Proceed In Forma Pauperis is **GRANTED**. (Doc. 2.)

(3) Plaintiff's Complaint is **DISMISSED** without prejudice. (Doc. 1.) Plaintiff may file an amended complaint within thirty (30) days of the date of this Order. If Plaintiff fails to file an amended complaint within the deadline, the Clerk of Court shall close the case.

(4) Plaintiff's Motion to Appoint Counsel is **DENIED AS MOOT**. (Doc. 8.)

Dated this 19th day of August, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge